**DISMISS and Opinion Filed November 14, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-00587-CV**

**ROLANDO ANTONIO, Appellant**
**V.**
**PASKIN-5769 BELTLINE LLC D/B/A FAIRWAYS AT PRESTONWOOD,**
**Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-00908-B**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Smith
Opinion by Justice Reichek

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by October 9, 2023. By postcard dated October 11, 2023, we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


                                        /Amanda L. Reichek/
                                        AMANDA L. REICHEK
                                        JUSTICE
230587F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ROLANDO ANTONIO, Appellant

No. 05-23-00587-CV      V.

PASKIN-5769 BELTLINE LLC
D/B/A FAIRWAYS AT
PRESTONWOOD, Appellee

On Appeal from the County Court at
Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-23-00908-
B.

Opinion delivered by Justice
Reichek. Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered November 14, 2023